IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ryan Anderson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50292 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| J.J. Kane Associates, Inc., et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      In light of the addition of non-diverse defendant Erickson Auto Parts & Sales, Inc., and the lack of objections by the removing defendants, it is this Court's Report and Recommendation that the plaintiff's motion to remand [48] be granted, and that this case be remanded to state court. Any objection must be filed by 6/6/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). Presentment of the motion and the status hearing set for 5/24/2018 are stricken.

Date: 5/23/2018                                 /s/ Iain D. Johnston
                                                                       U.S. Magistrate Judge