# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Ryan Anderson, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50292 |
| | ) | |
| J.J. Kane Associates, Inc., et al., | ) | |
| | ) | |
| *Defendants.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [56] from the magistrate judge recommending that plaintiff's motion to remand [48] be granted, and that this case be remanded to state court. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and dismisses the case. This case is closed.

Date: 6/11/2018                    ENTER:

_____
FREDERICK J. KAPALA

District Judge