# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ryan Anderson,

Plaintiff(s),

v.

J.J. Kane Associates, Inc., et al.,

Defendant(s).

Case No.  17 C 50292
Judge  Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other:  This case is remanded to state court.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge Frederick J. Kapala on a motion to remand.


Date:  6/13/2018

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk